STATE OF NEW JERSEY v. ROBERT SEMPSEY.

May 3, 1977. Cross-petition for certification denied. (See 141 *N. J. Super.* 317)

STATE OF NEW JERSEY v. HENRY T. PAMPLIN.

May 3, 1977. Petition for certification denied.

ELAINE HEALING v. DANIEL HEALING.

May 3, 1977. Petition for certification denied.

GLADYS BARBER v. JULIUS DRITTLE.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS NEWSOME.

May 3, 1977. Petition for certification denied.